IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2011 NOV 16 P 2:03

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. |
| Plaintiff, | **I N D I C T M E N T** |
| VS. | [Vio: 8 USC § 1326 Illegal Re-entry into the United States] |
| Carlos Omar ZELAYA-Romero, a/k/a Omar Carlos Zelaya-Romero, a/k/a Carlos Romero, a/k/a Carlos Celaya, | SA11CR0980 OG |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT ONE**
[8 U.S.C. § 1326]

That on or about October 24, 2011, in the Western District of Texas, Defendant,

Carlos Omar ZELAYA-Romero,
a/k/a Omar Carlos Zelaya-Romero,
a/k/a Carlos Romero,
a/k/a Carlos Celaya,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed therefrom on or about July 27, 2010, and that the Defendant had not received consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL.

███████████████
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
MATTHEW LATHROP
Assistant U.S. Attorney