AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

FILED
FEB 2?
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. SA: 11-CR-0980-OLG(01) |
| CARLOS OMAR ZELAYA-ROMERO | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **CARLOS OMAR ZELAYA-ROMERO**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

PROB 12C VIOLATIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION )

Date: 07/25/2012

*Issuing officer's signature*

City and state: San Antonio, Texas

Kathy L. Hicks, U.S. Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7-25-12, and the person was arrested on *(date)* 12-27-12
at *(city and state)* Laredo, Tx; Case transferred to S/TX

Date: 2-8-13

USMS San Antonio
*Arresting officer's signature*

by Charla Mora / RS
*Printed name and title*

85086-280
872 2867

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) SA-11-CR-980(01)OLG |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Carlos Omar Zelaya-Romero | Western District of Texas | San Antonio |
| | NAME OF SENTENCING JUDGE | |
| | Orlando L. Garcia | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM January 19, 2012 / TO January 18, 2013 |

OFFENSE
Illegal Re-entry into the United States, in violation of 8 U.S.C. § 1326

FILED
DEC 27 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Texas___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Southern District of Texas/Laredo Division___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12·4·12
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Southern___ DISTRICT OF ___Texas___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-20-12
Effective Date

_____
United States District Judge